UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 08-CR-20209
    HON. GEORGE CARAM STEEH

JIMMY LEE BANKS,

    Defendant.

_____/

ORDER DENYING DEFENDANT'S MOTION FOR
DETERMINATION THAT SENTENCES IN TWO PRIOR CASES
CONSTITUTE A SINGLE SENTENCE (#21)

For the reasons set forth on the record at a November 10, 2008 hearing, defendant Jimmy Banks' motion for a determination that the state sentences he received on two prior controlled substance convictions constitute a single sentence for purposes of determining federal career offender status under U.S.S.G. § 4B1.1(a) is hereby DENIED, without prejudice, on the merits of the motion.

SO ORDERED.

Dated: November 10, 2008

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 10, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk